IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-00156 |
| | § § | (**LEAD CASE**) |
| vs. | § § § | |
| ADT, LLC | § § § | |
| Defendant. | § § | |
| _____ | § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-00173 |
| | § § | (**CONSOLIDATED CASE**) |
| vs. | § § § | |
| VIVINT, INC. | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL OF DEFENDANT VIVINT, INC. WITH PREJUDICE

On this day the Court considered the Agreed Motion to Dismiss Vivint, Inc. with Prejudice, between Plaintiff Rothschild Connected Devices Innovations, LLC and Defendant Vivint, Inc.  Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Rothschild Connected Devices Innovations, LLC against Vivint, Inc. are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 11th day of June, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE